IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**LACREASHA HICKMAN,**
**O/B/O T.J.H.,**

       **Plaintiff,**

  v.                                               **Case No.:  2:15-cv-2661**
                                                            **JUDGE GEORGE C. SMITH**
                                                            **Magistrate Judge Kemp**

**CAROLYN W. COLVIN,**
**ACTING COMMISSIONER OF**
**SOCIAL SECURITY,**

       **Defendant.**

## ORDER

This case is before the Court on the Joint Motion to Remand to the Commissioner (Doc. 18). The parties jointly stipulate and request this Court to enter an order and judgment reversing the final decision of the Commissioner of Social Security, pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). On remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision, the Commissioner will conduct further proceedings and develop the administrative record as necessary, including offering Plaintiff a new hearing, to determine whether Plaintiff is under a disability as defined by the Social Security Act.

Accordingly, pursuant to the Joint Stipulation to Remand, the decision of the Commissioner of Social Security is hereby reversed and this action is remanded for further proceedings.

The Clerk of this Court shall remove Document 18 from the Court's pending motions list. Further, the Clerk is instructed to enter final judgment and close this case.

**IT IS SO ORDERED.**

*/s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**